**The court incorporates by reference in this paragraph the Judgment set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_Mary Ann Whipple_
United States Bankruptcy Judge

**Dated: September 20 2010**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-33373 |
| | ) | Chapter 7 |
| Rosita Dennis, | ) | |
| | ) | Adv. Pro. No. 10-3181 |
| Debtor. | ) | |
| | ) | Hon. Mary Ann Whipple |
| Daniel M. McDermott | ) | |
| United States Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Rosita Dennis, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFAULT JUDGMENT

Based on the reasons and authorities set forth in the court's Memorandum of Decision and Order separately entered on this date, final judgment by default is hereby entered in favor of Plaintiff Daniel M. McDermott, United States Trustee, and against Defendant Rosita Dennis, on the complaint,

as follows:

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

    1.    Debtor/Defendant Rosita Dennis is denied a discharge in Chapter 7 Case No. 10-33373 commenced in this court on May14, 2010.

    2.    The Clerk shall give notice to the creditors and parties in interest in Case No. 10-33373 of the denial of Debtor/Defendant Rosita Dennis's discharge.